TDC 25CV3129

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

SCOTT PILLATH,
69 President Ln
Palm Coast, FL 32164,
Plaintiff,

v.

U.S. DEPARTMENT OF COMMERCE, NATIONAL OCEANIC AND
ATMOSPHERIC ADMINISTRATION,
and
GINA M. RAIMONDO, in her official capacity as Secretary of Commerce,
Defendants.


Civil Action No. _____

## COMPLAINT AND JURY DEMAND


## JURISDICTION AND VENUE

1. This action arises under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq.; the Age Discrimination in Employment Act (ADEA), 29 U.S.C. § 621 et seq.; the Rehabilitation Act of 1973, 29 U.S.C. § 791 et seq.; and the Genetic Information Nondiscrimination Act (GINA), 42 U.S.C. § 2000ff et seq.

2. Jurisdiction is proper under 28 U.S.C. §§ 1331 and 1343.

3. Venue is proper in this Court under 42 U.S.C. § 2000e-5(f)(3), because the unlawful employment practices occurred in part in Silver Spring, Maryland, where NOAA is headquartered and where Plaintiff would have continued to work but for Defendants' unlawful actions.


## PARTIES

4. Plaintiff, Scott Pillath, is a former Management and Program Analyst at NOAA's Office of Marine and Aviation Operations. He resides in Palm Coast, Florida.

5. Defendant, the U.S. Department of Commerce, is an executive agency of the United

States Government. NOAA is an operating unit of the Department.

6. Defendant Gina M. Raimondo is the Secretary of Commerce and is sued in her official capacity.


## FACTUAL ALLEGATIONS

7. Plaintiff is a disabled veteran (TBI, spinal injuries), Hispanic/Latino, male, born December 1969.

8. Plaintiff was subjected to harassment, discrimination, and retaliation by Patricia Baxter and other NOAA officials.

9. Plaintiff's medically necessary accommodation request to telework from Florida was denied.

10. Baxter harassed Plaintiff, undermined his work, and retaliated after Plaintiff filed an EEO complaint.

11. Baxter gave a negative reference to U.S. Customs and Border Protection, causing rescission of a GS-15 offer, as confirmed in affidavits from USDOT officials Daniel King, Richard Toye, and Ava Schnock.

12. Plaintiff was forced to resign on April 20, 2024 under intolerable conditions.

13. Plaintiff exhausted administrative remedies and received a Final Agency Decision on August 1, 2025.


## CLAIMS FOR RELIEF

Count I – Disability Discrimination and Failure to Accommodate (Rehabilitation Act)
Count II – Retaliation (Title VII, ADEA, Rehabilitation Act)
Count III – Hostile Work Environment (Title VII, ADEA, Rehabilitation Act, GINA)
Count IV – Constructive Discharge


## DAMAGES

Plaintiff seeks:

-$115,000 in actual damages;
- $900,000 in compensatory damages;
- $350,000 in statutory/punitive penalties;
- Attorney's fees (when I retain one), court costs, fees and all other applicable costs;
- Reinstatement at the grade I lost (ZA-5 with pay set at GS-15 Step 9) or front pay;
- A role at NOAA whereby I can help make sure this never happens to anyone,
-Restorement of all leave lost during period of unemployment
- Any other relief this Court deems proper.

**PRAYER FOR RELIEF**

WHEREFORE. Plaintiff respectfully requests judgment against Defendants for $1,000,000 in damages, equitable relief, costs, attorney's fees, and such further relief as the Court deems just. Plaintiff demands a trial by jury.

Respectfully submitted,

SCOTT PILLATH
69 President Ln
Palm Coast, FL 32164
Phone: (312) 292-8979
Email: armysoldier1987@gmail.com
Plaintiff, Pro Se